UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD D. DIGGS, | |
| Plaintiff, | 2:09-cv-2339-RLH-RJJ |
| vs. | |
| METRO POLICE DEPARTMENT, *et al.*, | O R D E R |
| Defendant, | |

Plaintiff, who is an inmate at the North Las Vegas Detention Center, has submitted an Application to Proceed in Forma Pauperis (#1) and a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983. Plaintiff shall not be required to pay an initial partial filing fee. However, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed in Forma Pauperis is **GRANTED**.

IT IS FURTHER ORDERED that the movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This Order granting forma pauperis status shall not extend to the issuance of subpoenas at government expense.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide Plaintiff with two copies of this Order.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), Plaintiff shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the prisoner's account  (in months that the account exceeds $10.00) until the

full three hundred fifty dollar ($350.00) filing fee has been paid for this action. Plaintiff shall be required to send Inmate Money Release Forms requesting 20% of the preceding month's deposits to the Inmate Accounts/Commissary Department of the North Las Vegas Detention Center until the fee is paid in full. The Clerk shall also send a copy of this order to the attention of Inmate Accounts/Commissary, North Las Vegas Detention Center, 2222 Constitutional Way, North Las Vegas, NV 89030. In the event that Plaintiff is transferred to the jurisdiction of the Nevada Department of Corrections, said entity will be advised of the obligation to pay the full filing fee of three hundred fifty dollars ($350.00).

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint at this time and shall refer said complaint to the assigned pro se law clerk for screening.

DATED this  5th   day of October, 2010.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge