UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD D. DIGGS, | |
| Plaintiff(s), | 2:09-CV-2339-RLH-RJJ |
| vs. | **O R D E R**<br>(Pursuant to Remand–#34) |
| METRO POLICE DEPARTMENT, *et al.,* | |
| Defendant(s). | |

In its Memorandum Opinion No. 11-16792 (#34, filed March 22, 2013), the Ninth Circuit Court of Appeals reversed this Court's dismissal of Plaintiff's 42 U.S.C. §1983 case and remanded for further proceedings. Accordingly,

IT IS HEREBY ORDERED that the above entitled case is reinstated.

IT IS FURTHER ORDERED that Plaintiff's Complaint, attached to Docket #1, shall be filed forthwith, summons shall issue, and Plaintiff may use the United States Marshal's services to serve Defendants, as requested in his Motion (#9) filed May 25, 2010 (although that Motion remains denied as to all other aspects).

IT IS FURTHER ORDERED that Plaintiff proceed with the prosecution of his claims pursuant to the Federal Rules of Civil Procedure and the Local Rules of the District of Nevada.

Dated: April 8, 2013.

_____
Roger L. Hunt
**United States District Judge**