TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. DIGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SGT. D. WALBURN, individually; OFFICER T. ROBERTS, individually, and JOHN DOES I-X, inclusive,<br><br>    Defendants. | CASE NO: 2:09-cv-02339-RLH-RJJ<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

    COMES NOW, Plaintiff RONALD D. DIGGS (hereinafter "Plaintiff") by and through its counsel of record, Trevor J. Hatfield, Esq., and Defendants' counsel Lyssa A. Anderson, Esq., who do hereby stipulate and agree to extend the time to respond to Defendants' Motions for Summary Judgment (Doc. #88 and #89).

. . .

. . .

. . .

. . .

. . .

1

Accordingly, Plaintiff shall have up to and including March 15, 2015 to respond to Defendants' Motions for Summary Judgment, (Doc. #88 and #89).

| | |
|---|---|
| Dated: February 25, 2015 | Dated: February 25, 2015 |
| /s/ Trevor J. Hatfield | /s/ Lyssa A. Anderson |
| _____ | _____ |
| Trevor J. Hatfield, Esq.<br>703 S. Eighth St.<br>Las Vegas, NV 89101 | Lyssa A. Anderson, Esq.<br>8345 W. Sunset Road, Suite 250<br>Las Vegas, NV 89113 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**IT IS SO ORDERED.**

Dated this 27th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I certify that on the 26th day of February, 2015, I electronically filed the foregoing PLAINTIFF'S CERTIFICATE OF SERVICE OFSTIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 26th day of February, 2015.      **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*