TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. DIGGS,<br><br>        Plaintiff,<br><br>  vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SGT. D. WALBURN, individually; OFFICER T. ROBERTS, individually, and JOHN DOES I-X, inclusive,<br><br>        Defendants. | CASE NO: 2:09-cv-02339-RLH-RJJ<br><br>**[SECOND] STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

COMES NOW, Plaintiff RONALD D. DIGGS (hereinafter "Plaintiff") by and through its counsel of record, Trevor J. Hatfield, Esq., and Defendants' counsel Lyssa A. Anderson, Esq., who do hereby stipulate and agree to extend the time to respond to Defendants' Motions for Summary Judgment (Doc. #88 and #89). The parties and their counsel desire to extend the briefing schedule of the time to respond and to reply to Defendants' Motions for Summary Judgment.

. . .

. . .

. . .

. . .

1

Accordingly, Plaintiff shall have up to and including March 20, 2015 to respond to Defendants' Motions for Summary Judgment, (Doc. #88 and #89). Defendants shall have until April 20, 2015 to file any Responses thereto.

Dated: March __, 2015                           Dated: March ___, 2015

/s/ Trevor J. Hatfield                          /s/ Lyssa A. Anderson

_____            _____

Trevor J. Hatfield, Esq.                        Lyssa A. Anderson, Esq.
703 S. Eighth St.                               8345 W. Sunset Road, Suite 250
Las Vegas, NV 89101                             Las Vegas, NV 89113

Attorneys for Plaintiff                         Attorneys for Defendants

**IT IS SO ORDERED.**

Dated this 16th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I certify that on the 12th day of March, 2015, I electronically filed the foregoing PLAINTIFF'S CERTIFICATE OF SERVICE OFSTIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND FOR DEFENDANTS TO REPLY TO RESPONSES with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 12th day of March, 2015.

**HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
 *Attorney for Plaintiff*

3