TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. DIGGS,<br><br>          Plaintiff,<br><br>  vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SGT. D. WALBURN, individually; OFFICER T. ROBERTS, individually, and JOHN DOES I-X, inclusive,<br><br>          Defendants. | CASE NO: 2:09-cv-02339-RLH-RJJ<br><br>**[THIRD] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND FOR DEFENDANTS TO FILE REPLIES TO PLAINTIFF'S RESPONSES** |

COMES NOW, Plaintiff RONALD D. DIGGS (hereinafter "Plaintiff") by and through its counsel of record, Trevor J. Hatfield, Esq., and Defendants' counsel Lyssa S. Anderson, Esq., who do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motions for Summary Judgment (Doc. #88 and #89). The parties and their counsel desire to extend the briefing schedule of the time to respond and to reply to Defendants' Motions for Summary Judgment to accommodate the professional schedules of the parties' counsel and due to the complexities of the issues presented in the attendant case.

. . .

. . .

1

Accordingly, Plaintiff shall have up to and including March 27, 2015 to respond to Defendants' Motions for Summary Judgment, (Doc. #88 and #89). Defendants shall have until April 27, 2015 to file any Responses thereto.

Dated: March __, 2015                                  Dated: March ___, 2015

/s/ Trevor J. Hatfield                                 /s/ Lyssa S. Anderson

_____        _____
Trevor J. Hatfield, Esq.                               Lyssa S. Anderson, Esq.
703 S. Eighth St.                                      8345 W. Sunset Road, Suite 250
Las Vegas, NV 89101                                    Las Vegas, NV 89113

Attorneys for Plaintiff                                Attorneys for Defendants

**IT IS SO ORDERED** and NO FURTHER EXTENSIONS WILL BE GRANTED.

Dated this 20th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

2

**Certificate of Service**

I certify that on the 19th day of March, 2015, I electronically filed the foregoing PLAINTIFF'S CERTIFICATE OF SERVICE OF [THIRD] STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND FOR DEFENDANTS TO REPLY TO RESPONSES with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 19th day of March, 2015.   **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
   *Attorney for Plaintiff*