LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada  89113
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. DIGGS,<br><br>         Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SGT. D. WALBURN, individually; OFFICER T. ROBERTS, individually, and JOHN DOES I-X, inclusive,<br><br>         Defendants. | Case No. 2:09-cv-02339-RLH-RJJ<br><br>**DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION TO REDACT INFORMATION IN DOCKET NO. 88-1**<br><br>**(Expedited Relief Requested)** |

Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD"), by and through its attorneys of record, Kaempfer Crowell, hereby moves this Court for an Order redacting Exhibit A to LVMPD's Motion for Summary Judgment, located at Docket No. 88-1

/ / /

/ / /

/ / /

/ / /

pursuant to Fed.R.Civ.P. 5.2. This motion is based on the pleadings and papers on file herein and the following Memorandum of Points and Authorities.

DATED this 20th day of March, 2015.

KAEMPFER CROWELL

BY: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN W. DANIELS (Nevada Bar No. 13094)
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
**Attorneys for Defendants**

## MEMORANDUM OF POINTS AND AUTHORITIES

On February 5, 2015 LVMPD filed Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment [Docket No. 88] with Exhibits A – BB attached. Located at Docket No. 88-1, Exhibit A, page 4 of 62, is Plaintiff's Responses to Interrogatories ("Interrogatory Responses"). LVMPD inadvertently did not redact Plaintiff's response which contained his full social security number.

Fed.R.Civ.P. 5.2(a)(1) provides in pertinent part: Unless the court orders otherwise, in an electronic or paper filing with the court that contains and individual's social security number … a party or nonparty making the filing may include only: the last four digits of the social security number… As stated above, LVMPD inadvertently filed the Interrogatory Responses without redacting the social security number. The error was an oversight and not done with any deliberate intent. All other instances in which Plaintiff's social security number was listed were appropriately redacted.

/ / /

/ / /

1608170_1.doc  6943.51

1  LVMPD apologizes to the Court and the Plaintiff and seeks to correct this error by way
2  of this instant Motion.  As such, LVMPD respectfully requests an Order from this Court
3  directing the Clerk of the Court to redact Plaintiff's social security number in the Interrogatory
4  Responses.

5  DATED this 20th day of March, 2015.

6  KAEMPFER CROWELL

8  BY:  /s/ Lyssa S. Anderson
    LYSSA S. ANDERSON (Nevada Bar No. 5781)
9   RYAN W. DANIELS (Nevada Bar No. 13094)
    8345 West Sunset Road, Suite 250
10  Las Vegas, Nevada 89113
    **Attorneys for Defendants**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:  March 23, 2015**

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION TO REDACT INFORMATION IN DOCKET NO. 88-1 (Expedited Relief Requested)** using the court's CM/ECF system which will send notification to the following:

HATFIELD & ASSOCIATES
TREVOR HATFIELD
703 S. Eighth Street
Las Vegas, NV 89101
**Attorney for Plaintiff**

DATED this 20th day of March, 2015.

/s/ Becky Hildebrand
an employee of Kaempfer Crowell