UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. DIGGS,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | Case No. 2:09-cv-02339-RLH-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Emergency Motion for Writ or Order for Transportation (doc. # 118), filed October 22, 2015.

In his motion, Plaintiff alleges that he was recently arrested and asks the Court to issue a writ directing the U.S. Marshals Service to transport Plaintiff from the Clark County Detention Center to the U.S. District Court, District of Nevada, so Plaintiff can attend a settlement conference scheduled on October 26, 2015.

The Court denies Plaintiff's request because prisoners and detainees are not entitled to personally appear before the Court in civil cases, such as the instant case. The Court also requires further information from Plaintiff and/or Plaintiff's counsel.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Writ or Order for Transportation (doc. # 118) is **denied**.

**IT IS FURTHER ORDERED** that the settlement conference scheduled for October 26, 2015 at 9:00 a.m. is **vacated**.

//

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall file a status report, **no later than October 29, 2015**, providing the Court with information regarding Plaintiff's recent arrest and related proceedings in state court. Plaintiff's counsel should attach relevant materials in support of the status report for this Court's review.

**IT IS FURTHER ORDERED** that upon filing of the foregoing, the parties shall await further order of this Court.

DATED: October 22, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**