# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD D. DIGGS,                           )    Case No. 2:09-cv-2339-RLH-CWH
                                           )
       Plaintiff,                          )
                                           )
  v.                                       )
                                           )
TERRY ROBERTS,                             )    **ORDER**
                                           )
       Defendants.                         )
                                           )
_____)

Presently before the Court is Defendant Terry Roberts' status report (ECF No. 146), filed June 10, 2016. Trial and all trial matters in this case are currently stayed (ECF No. 144). In his status report, Defendant indicated that he contacted Plaintiff to propose filing a joint status report, but that Plaintiff intended to file his own status report. To date, the Court has not received a status report from Plaintiff.

IT IS THEREFORE ORDERED that Plaintiff and Defendant meet and confer and file a revised joint status report, or notice of settlement, no later than August 14, 2016.

DATED: July 14, 2016.

                                                   _____
                                                   C.W. Hoffman, Jr.
                                                   United States Magistrate Judge