LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. DIGGS,<br><br>              Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SGT. D. WALBURN, individually; OFFICER T. ROBERTS, individually, and JOHN DOES I-X, inclusive,<br><br>              Defendants. | Case No. 2:09-cv-02339-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The Las Vegas Metropolitan Police Department, Sgt. D. Walburn and Officer T. Roberts ("Defendants"), by and through their counsel, Lyssa Anderson, Esq., of the law firm of Kaempfer Crowell, and Ronald D. Diggs ("Plaintiff"), by and through his counsel, Trevor Hatfield, Esq., hereby stipulate and agree that all of Plaintiff's claims against Defendants, and each of them, in this matter are hereby dismissed in their entirety with prejudice, each party to

/ / /

/ / /

/ / /

1902429_1.doc  6943.51

Page 1 of 2

1  bear their own attorney's fees and costs.

2      DATED this 5th day of December, 2016.

3  KAEMPFER CROWELL          HATFIELD & ASSOCIATES

5  By: /s/ Lyssa S. Anderson      By: /s/ Trevor Hatfield
6      LYSSA S. ANDERSON        TREVOR HATFIELD
    Nevada Bar No. 5781          703 S. Eighth Street
7      1980 Festival Plaza Drive, Ste 650    Las Vegas, NV 89101
    Las Vegas, Nevada 89135
    **Attorneys for Defendants**         **Attorney for Plaintiff**

                                                           **ORDER**

10      IT IS ORDERED.

12                                           UNITED STATES DISTRICT COURT JUDGE

13                               Dated: December 12, 2016

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1902429_1.doc  6943.51

Page 2 of 2